# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DARRELL STANSBERRY,

        Plaintiff,

v.                                            Case No. 07-1162-JAR-DJW

ITS TECHNOLOGIES,

        Defendant.

## O R D E R

The Court hereby grants the Motion to Withdraw filed by Rachael A. Taggart (doc. 43). Ms. Taggart is hereby withdrawn as counsel for Defendant ITS Technologies and Technologies, LLC in this matter. Scott R. Ast of the firm of Scharnhorst Ast & Kennard, P.C., has previously entered his appearance and will continue to serve as lead counsel for Defendant in this matter.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 28th day of April, 2008.

                                                        s/ David J. Waxse  
                                                        David J. Waxse  
                                                        United States Magistrate Judge

cc:    All counsel and *pro se* parties